**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WILLIAM F. CARADINE/ASSABUR**                                                           **PLAINTIFF**

V.                              No. 5:11CV00039-BSM-BD

**RAY HOBBS**                                                                                             **DEFENDANT**


**RECOMMENDED DISPOSITION**

I.   **Procedure for Filing Objections**

The following recommended disposition has been sent to United States District Court Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition. A copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

   Clerk, United States District Court
   Eastern District of Arkansas
   600 West Capitol Avenue, Suite A149
   Little Rock, AR 72201-3325

## II.     Background

On February 17, 2011, Williams F. Caradine/Assabur, an Arkansas Department of Correction inmate, filed this lawsuit pro se under 42 U.S.C. § 1983.  (Docket entry #1)  Because Mr. Caradine/Assabur did not file a request to proceed *in forma pauperis* or pay the $350.00 filing fee, he was ordered to do one or the other within thirty days of February 18, 2011.  (#2)

On March, 3, 2011, Mr. Caradine/Assabur filed an application for leave to proceed *in forma pauperis*.  (#5)  Because Mr. Caradine/Assabur is considered a "three striker" and did not allege that he was under imminent danger of serious physical injury in his complaint, his application was denied. (#6)  Mr. Caradine/Assabur was given an additional thirty days to submit the $350.00 filing fee.  He was notified that failure to pay the filing fee could result in dismissal of his case.

On April 11, Mr. Caradine/Assabur filed a document titled "petition motion in for 'imminent danger at risk.'"  (#9)  In that document, he claimed that he has refused to take showers or drink the water at the ADC because of the "hazardous obnoxious dirt in the water"; that his skin has broken out because of the water; and that he has only "partially eaten the food here [because] it has a crucial way of making me fall into a pit of despair of having to indulge reliably under tormoil [sic] and stress."  Mr. Caradine/Assabur also stated that he has been treated with "unbearable torture."

Although Mr. Caradine/Assabur tried to convince the Court that he was under "imminent danger of serious physical injury," he failed to do so. However, he was given fourteen days from April 15, 2011, to pay the filing fee. (#10) He was warned that failure to comply with this deadline would result in the dismissal of the lawsuit. To date, Mr. Caradine/Assabur has not complied with this Court's April 15, 2011 order, and the time to do so has passed.

### III.    Conclusion

The Court recommends that the District Court dismiss the Complaint, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of April 15, 2011, which required Mr. Caradine/Assabur to pay the statutory filing fee. (#10)

DATED this 20th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE