**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WILLIAM F. CARADINE/ASSABUR
ADC #90785**                                                                                              **PLAINTIFF**

v.                         **CASE NO. 5:11-cv-00039 BSM/BD**

**RAY HOBBS**                                                                                              **DEFENDANT**

**ORDER**

The proposed findings and recommended disposition [Doc. No. 15] submitted by United States Magistrate Judge Beth Deere have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.     Caradine/Assabur's complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2), for failure to comply with the order dated April 15, 2011.

IT IS SO ORDERED THIS 2nd day of August 2011.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE