IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR
ADC # 90785                                                                                         PLAINTIFF

v.                            NO. 5:11-CV-00039-BSM/BD

RAY HOBBS                                                                                          DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of August 2011.

_____
UNITED STATES DISTRICT JUDGE